JASON M. FRANK (190957)
ANDREW D. STOLPER (205462)
SCOTT H. SIMS (234148)
FRANK SIMS & STOLPER LLP
19800 MacArthur Blvd., Suite 855
Irvine, CA 92612
Telephone: (949) 201-2400
Facsimile: (949) 201-2405

FRANKLIN D. AZAR (*pro hac vice to be filed*)
FRANKLIN D. AZAR & ASSOCIATES, P.C.
14426 East Evans Avenue
Aurora, CO 80014
Telephone: (303) 757-3300
Facsimile: (720) 213-5131

*Attorneys for Plaintiffs, the Proposed Class and Subclasses*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MARTIN and LORI MITCHELL, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TOYOTA MOTOR CREDIT CORPORATION, a California Corporation and TOYOTA MOTOR INSURANCE SERVICES, INC., a California Corporation<br><br>Defendants. | Case No.:<br><br>**NOTICE OF RELATED CASE** |

Pursuant to Local Rule 83-1.3.1, Plaintiffs William Martin and Lori Mitchell file this Notice of Related Case.  This action against Toyota Motor Credit Corporation ("TMCC") and Toyota Motor Insurance Services, Inc. ("TMIS") (collectively, "Toyota") appears to (a) arise from closely related events; (b) calls for determination of the same or substantially related or similar questions of law and fact; or (c) for other reasons would entail substantial duplication of labor if heard by different judges.  The two lawsuits allege that Toyota's GAP Waiver addendum requires the assignee and holder of the GAP Waiver to refund unearned GAP fees when a customer pays off their auto retail installment contract before the end of the maturity date.  The Toyota GAP Waiver addendums are standard form contracts prepared by Toyota.  Both Plaintiff William Martin in the present case and Plaintiff Janet Corpes in the *Herrera* action entered into the *identical* GAP Waiver form.  The only difference is the GAP Waiver in *Herrera* was later assigned to Wells Fargo, whereas Plaintiff William Martin's GAP Waiver was assigned to Toyota.  Consequently, this action and *Herrera* both involve the interpretation and alleged breach of the identical GAP Waiver form contracts and raise the same legal and factual questions as to the refund obligations of the assignee and holder of those agreements.

Dated:  November 17, 2020

FRANK SIMS & STOLPER LLP

*/s/ Jason M. Frank*
JASON M. FRANK, ESQ.
ANDREW STOLPER, ESQ
SCOTT H. SIMS, ESQ.

*Attorneys for Plaintiffs*