JASON M. FRANK (190957)
ANDREW D. STOLPER (205462)
SCOTT H. SIMS (234148)
FRANK SIMS & STOLPER LLP
19800 MacArthur Blvd., Suite 855
Irvine, CA 92612
Telephone:  (949) 201-2400
Facsimile:   (949) 201-2405

FRANKLIN D. AZAR (pro hac vice )
FRANKLIN D. AZAR & ASSOCIATES, P.C.
14426 East Evans Avenue
Aurora, CO 80014
Telephone:  (303) 757-3300
Facsimile:   (720) 213-5131

*Attorneys for Plaintiffs, the Proposed Class and Subclasses*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MARTIN and LORI MITCHELL, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TOYOTA MOTOR CREDIT CORPORATION, a California Corporation<br><br>Defendant. | Case No.:  2:20-cv-10518-JVS-MRW<br><br>**ORDER RE PLAINTIFFS'** ***EX PARTE*** **APPLICATION FOR AN ORDER REQUIRING NOTICE OF SETTLEMENT TO POTENTIAL STATUTORY CLASS MEMBERS** |

# ORDER

FOR GOOD CAUSE SHOWN Plaintiffs' *Ex Parte* Application for an Order Requiring Notice of Settlement to Potential Statutory Class Members is **GRANTED**.

The Court orders that Notice of the Settlement be provided to the customers whose accounts were removed by TMCC from the Statutory Class list based on telephone calls with third-party GAP Administrators. TMCC shall provide the required data and contact information for these accounts to the Claims Administrator as required by the Settlement.

**IT IS SO ORDERED**.

Dated: July 23, 2022

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE