JASON M. FRANK (190957)
ANDREW D. STOLPER (205462)
SCOTT H. SIMS (234148)
FRANK SIMS & STOLPER LLP
19800 MacArthur Blvd., Suite 855
Irvine, CA 92612
Telephone:  (949) 201-2400
Facsimile:   (949) 201-2405

FRANKLIN D. AZAR (pro hac vice)
FRANKLIN D. AZAR & ASSOCIATES, P.C.
14426 East Evans Avenue
Aurora, CO 80014
Telephone:  (303) 757-3300
Facsimile:   (720) 213-5131

*Attorneys for Plaintiffs, the Proposed Class and Subclasses*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MARTIN and LORI MITCHELL, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TOYOTA MOTOR CREDIT CORPORATION, a California Corporation<br><br>Defendant. | Case No.: 2:20-cv-10518-JVS-MRW<br><br>**JUDGMENT** |

1
**JUDGMENT**

For the reasons set forth in the Court's Order granting Plaintiffs' Motion for Final Approval of Nationwide Class Action Settlement and Plaintiffs' Motion for Attorneys' Fees and Costs and Incentive Award, all claims against Defendants are dismissed with prejudice.

The Clerk is directed to enter this Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED**

DATED: November 16, 2022

_____
Honorable James V. Selna
United States District Judge